**Flossie Williams, appellee, v. Anna Marks, appellant.**

Action for slander. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1927. Affirmed upon remittitur of $1,000, otherwise reversed and remanded. Opinion filed May 14, 1927.

J. J. Bullington, for appellant. Beasley & Zulley, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**Philip Schnell, appellee, v. East St. Louis Railway Company, appellant.**

Action for personal injuries from street car. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed May 14, 1927.

McGlynn & McGlynn, for appellant. R. B. Hendricks, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**L. E. Cravens, appellant, v. Omer Slichenmyer, appellee.**

Action for damage for shooting foxhound. Judgment for defendant. Appeal from the Circuit Court of Richland county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed May 14, 1927.

S. C. Lewis, for appellant. John C. McNeil, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Brunswick-Balke-Collender Company, appellee, v. H. L. Webb, appellant.**

Assumpsit on promissory notes. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed May 14, 1927.

J. E. Carr, for appellant. Trobaugh & Church, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Jacob Harre, plaintiff in error.**

Conviction and sentence for petit larceny. Error to the County Court of Fayette county; the Hon. C. R. Torrence, Judge, presiding. Heard in this court at the March term, 1927. Reversed and remanded. Opinion filed May 14, 1927.

F. M. Guinn, for plaintiff in error. W. P. Welker, State's Attorney, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.